Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Judith Quinones,<br><br>        Plaintiff,<br>  v.<br><br>Hillside Physical Therapy, Inc.,<br><br>        Defendant. | Case No. 2:23-cv-03014-RGK-AS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff Judith Quinones and Defendant Hillside Physical Therapy, Inc. hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

Dated: January 10, 2024

Law Office of Rick Morin, PC

_____

By: Richard Morin
Attorney for Plaintiff

Dated: January 10, 2024

Wilson Elser Moskowitz Edelman & Dicker LLP

_____

By: John A. Guarino

Attorney for Defendant

LAW OFFICE OF RICK MORIN